trict of Texas, Houston, TX, for Plaintiff–Appellee.

M. Mario Garcia, Law Office of M. Mario Garcia, P.C., Edinburg, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Albert Blanco has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Blanco has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

VULCAN CONSTRUCTION MATERIALS, LP, SOUTHERN AND GULF COAST DIVISION, Plaintiff–Appellee

v.

MCLEA DEVELOPERS, INC., doing business as Leach Construction Company, Inc., Defendant–Appellant.

No. 07–60455
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Michael F. Rafferty, Harris, Shelton, Dunlap, Cobb & Ryder, Memphis, TN, for Plaintiff–Appellee.

Perrin Nelson Smith, Jr., Gholson, Hicks & Nichols, Columbus, MS, for Defendant–Appellant.

Before WIENER, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *
AFFIRMED. See 47.6.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.